WALTER L. BARKLEY, PLAINTIFF-APPELLANT, v. FOSTER ESTATES, INC., DEFENDANT-RESPONDENT, CROSS-APPELLANT.

Argued November 20, 1972—Decided December 4, 1972.

*Mr. Peter Shebell, Jr.* argued the cause for appellant (*Mr. Thomas F. Shebell,* attorney; *Mr. Andrew P. Vecchione,* on the brief).

*Mr. Granville D. Magee* argued the cause for respondent (*Messrs. Mirne, Nowels, Tumen, Magee & Kirschner,* attorneys).

PER CURIAM. The Court being evenly divided the judgment of the Appellate Division is affirmed.

*For affirmance*—Chief Justice WEINTRAUB, Justice HALL, and Judge SULLIVAN—3.

*For reversal*—Justices JACOBS and MOUNTAIN, and Judge LEWIS—3.